**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

------------------------------------------------------------x

In re

    **Nina Fischman**                                         **Chapter 13**
                                                                                  **Case No. 24-70575(AST)**

                         **Debtor**

------------------------------------------------------------x


## DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

      COME NOW the above-named Debtor, by and through her attorney of record, hereby voluntarily dismiss the above-captioned Chapter 13 proceeding without prejudice pursuant to 11 U.S.C. Section 1307(b). In support of this election, the Debtor shows unto the Court the following:

      1. This case was commenced by the filing of a voluntary Chapter 13 petition on February 15, 2024.

      2. This case has not been previously converted under Sections 706, 112 or 1208 of the Bankruptcy Code.


This the __18th__ day of April 2024

/s/ Linda M. Tirelli
Linda M. Tirelli, Esq.
Tirelli Law Group, LLC
Attorney for Debtor
50 Main Street, Suite 1265
White Plains, NY 10606
Phone: (914)732-3222

I, Nina Fischman, hereby voluntarily dismiss my Chapter 13 bankruptcy case. I have been counseled by my lawyer, Linda Tirelli, and fully understand that I will no longer be under bankruptcy protection and understand the effect of dismissing my case.


/s/__Nina Fischman__                                                            __4/18/2024_____
   Nina Fischman                                                                                     Date